JS-6

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
GERALYN GULSETH
Special Assistant United States Attorney
CA State Bar No.: 160872
    Social Security Administration
    Office of Program Litigation, Office 7
    6401 Security Boulevard
    Baltimore, MD 21235
Tel: (510) 970-4819
Fax: (415) 744-0134
E-mail: geralyn.gulseth@ssa.gov

Attorneys for Defendant
KILOLO KIJAKAZI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAYMOND DAVIS MAY, on behalf of JAMES DEREK JONES, deceased,<br><br>    Plaintiff,<br><br>       v.<br><br>KILOLO KIJAKAZ, Acting Commisioner of Social Security,<br><br>    Defendant. | No. 2:23-cv-02726-AJR<br><br>~~[PROPOSED]~~<br>**JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Voluntary Remand

Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation

of Remand") lodged concurrent with the lodging of the within Judgment of Remand.

///

1

1

2       IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-

3   captioned action is remanded to the Commissioner of Social Security for further

4   proceedings consistent with the Stipulation of Remand.

5

6

7   DATED: 11/17/23 _____          _____

8                                    HON. A. JOEL RICHLIN
                                     UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2